944

No. 378. O'REILLY *v.* BOARD OF MEDICAL EXAMINERS OF THE STATE OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Ellis J. Horvitz* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Stephen H. Silver,* Deputy Attorney General, for respondent. *Solicitor General Griswold* filed a memorandum, as *amicus curiae,* by invitation of the Court [389 U. S. 966]. ■

No. 748. BRETTI *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Milton E. Grusmark* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Arthur L. Rothenberg* and *Arden M. Siegendorf,* Assistant Attorneys General, for respondent. ■

No. 868. PRANNO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John A. McIntyre* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. ■

No. 886. ARMEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Earl W. Allison* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. ■

No. 897. TRANS WORLD AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD. C. A. D. C. Cir. Certiorari denied. *Charles Pickett* and *Carl S. Rowe* for petitioner. *Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Frederic D. Houghteling* for respondent. ■